IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY FRANCIS ANUSAVICE,<br>Reg. No. 22490-038,<br><br>    Petitioner,<br><br>        v.<br><br>WARDEN WOODS,<br>FPC MONTGOMERY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: 2:19-CV-90-WHA-CSC<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On August 25, 2021, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 18. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this petition is DISMISSED with prejudice as moot.

A Final Judgment will be entered separately.

Done, this 15th day of September 2021.

                                              /s/   W. Harold Albritton
                                              W. HAROLD ALBRITTON
                                              SENIOR UNITED STATES DISTRICT JUDGE